

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STN Digital LLC, a California limited liability company | Civil Action No. 25-cv-00706-RSH-MSB |
| **Plaintiff,** | |
| V. | **CERTIFICATION OF JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT** |
| Drone Racing League, Inc., a Delaware corporation; Infinite Reality Inc., a New York Corporation | |
| **Defendant.** | |

I certify that the attached judgment is a copy of a judgment entered by this court on 7/18/2025.

I also certify that, as appears from this court's records, no motion listed in Fed.R.App.P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 8/26/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By: s/ A. Islas

A. Islas, Deputy



# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STN Digital LLC, a California limited liability company<br><br>**Plaintiff,**<br>V.<br>Drone Racing League, Inc., a Delaware corporation; Infinite Reality Inc., a New York Corporation<br><br>**Defendant.** | Civil Action No. 25-cv-0706-RSH-MSB<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is against Defendants jointly and severally and in favor of Plaintiff in the amount of $256,693 plus $17,328.34 in prejudgment interest, and an additional $61,867.75 in attorney's fees and costs. The case is hereby closed.

I hereby attest and certify on 8-20-25
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Date:   7/18/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By: s/ S. Nyamanjiva
S. Nyamanjiva, Deputy